DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODIBEL CUELLO RIZO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1941

[January 25, 2024]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 18-002466CF10A.

Rodibel Cuello Rizo, Bristol, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***